MARY COLLINS (by next friend), respondent,

*v.*

ANNIE TOPPIN, appellant.

[Argued December 2d, 1903.   Decided February 29th, 1904.
Filed March 1st, 1904.]

On appeal from a decree of Vice-Chancellor Pitney, whose opinion is reported in *20 Dick. Ch. Rep. 439.*

*Mr. George T. Werts,* for the appellant.

*Mr. Charles L. Corbin,* for the respondent.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion of Vice-Chancellor Pitney filed in the court of chancery.

*For affirmance*—The Chief-Justice, Dixon, Garrison, Fort, Hendrickson, Pitney, Swayze, Bogert, Vredenburgh, Vroom, Green, Gray—12.

*For reversal*—None.